CERTIFICATE OF SERVICE

**Supreme Court of NSW
at SYDNEY
COMMON LAW DIVISION**
2013/00051070

| Case | Request for service of foreign process by United States District Court for the Southern District of Texas, United States of America |
|---|---|
| Details of proceeding in foreign Court | United States District Court for the Southern District of Texas, United States of America<br><br>Issued in the United States District Court for the Southern District of Texas, United States of America. |
| Request | United States District Court for the Southern District of Texas, United States of America<br><br>requested service of documents on<br><br>Mr Paul Garufi, chief financial Officer, Total Risc Technology Global Ltd<br>Unit 7, 3 Warrah Street, Chatswood NSW |
| Certification | I Suzin Yoo, Deputy Registrar of the Supreme Court of New South Wales certify, in conformity with article 6 of the convention as follows:<br><br>1. The documents listed in the summary and attached were served personally on Mr Paul Garufi, chief financial Officer, Total Risc Technology Global Ltd on the 11 Mar 2013 by delivering them at Unit 7, 3 Warrah Street, Chatswood NSW the person served accepted the documents.<br><br>2. The affidavit of service is attached. The affidavit is sworn before a person authorised by the law of New South Wales to administer oaths. |

SS0131072007

1 of 2

| | |
|---|---|
| Signed |  Suzin Yoo<br>Deputy Registar |
| Date | Given under my hand and the seal of the Supreme Court of New South Wales this<br><br>5 April 2013 |
| Attachments | Affidavit of Service,<br><br>Documents for foreign service<br>Second amended original complaint<br>Amended Summons |

