# HOBLIT FERGUSON DARLING

*A Limited Liability Partnership*
ATTORNEYS AT LAW

R. CLAY HOBLIT
Partner

Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified in Civil Trial Law
National Board of Trial Advocacy

FROST BANK PLAZA
802 NORTH CARANCAHUA, SUITE 2000
CORPUS CHRISTI, TEXAS 78401-0037
(361) 888-9392 Voice
(361) 888-9187 Facsimile
-----
SAN ANTONIO OFFICE
(210) 224-9991 Voice
(210) 226-1544 Facsimile

Email: choblit@hfdlaw.com

August 8, 2013

<u>**VIA EFILE**</u>
David J. Bradley, Clerk of Court
U.S. District Court
Southern District, Houston Division
P. O. Box 61010
Houston, TX 77208

RE:   Cause No. 4:12-CV-3176; *Solid Systems CAD Services v. Total Risc Technology, Pty. Ltd., Total Risc Technology Global Limited and Domenic Romanelli*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley,

This is to advise the Court and all counsel of record that I will be on vacation the following dates:

**September 4, 2013 – September 21, 2013**

I respectfully request that no hearings, trials or other matters be scheduled during the above time period. By copy of this letter, I am notifying all opposing counsel of my vacation schedule and request that they do not schedule any depositions or discovery at that time.

Please acknowledge receipt and filing of the enclosed copy by placing your "filed" mark on it.

Sincerely,

R. Clay Hoblit

RCH/clv
xc.   Robert J. Kruckemeyer *(Via Facsimile)*